# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3189
_____

DAVID D. MCLAUGHLIN,

Appellant,

v.

BEVERLY A. VAN HOOSEN,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

August 10, 2018

PER CURIAM.

AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bradley G. Johnson of Bradley G. Johnson, P.A., Milton, for Appellant.

R. Stan Peeler of the Peeler Law Firm, PLLC, Pensacola, for Appellee.